UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MAHLON OIE,<br>individually and on behalf of all others<br>similarly situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>HUSCH BLACKWELL LLP,<br><br>               Defendant. | Civil Action No. 2:24-cv-00672-LA<br><br>**Honorable Judge Lynn Adelman** |

## HUSCH BLACKWELL LLP'S NOTICE OF RELATED CASES

Pursuant to Civil L.R. 3(b), Defendant Husch Blackwell LLP ("Defendant" or "Husch Blackwell") by and through its counsel, hereby gives notice that the following (i) arises from substantially the same transaction or events; and/or (ii) involves substantially the same parties or property:

1. *Karen Martinelli v. Husch Blackwell LLP*, United States District Court for the Eastern District of Wisconsin, Case No. 2:24-cv-01474-SCD, filed October 10, 2024 and pending before the Honorable Judge Stephen C. Dries, Courtroom 284 of the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, WI 53202 ("*Martinelli*"). *Martinelli* is related because Plaintiff Martinelli brought that matter against the same defendant as in this case, Husch Blackwell. Like Plaintiff Oie, Plaintiff Martinelli has alleged similar claims of unlawful and abusive debt collection practices against Husch Blackwell involving 15 U.S.C. § 1692g letters. Finally, Plaintiff Martinelli seeks to certify the following class: "All individuals to whom Husch sent a letter using the same form as Exhibit B, which letter was sent at any time during a period beginning one year prior to the filing of this action and ending 21 days after the filing of this action." Therefore, the putative class that Plaintiff

1

Martinelli seeks to certify overlaps with the putative class Plaintiff Oie seeks to certify.

Dated: December 8, 2024

        **WOMBLE BOND DICKINSON (US) LLP**

        */s/ Tomio Narita*
Tomio Narita
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 765-6274
Email: Tomio.Narita@wbd-us.com

**CERTIFICATION OF SERVICE**

I hereby certify that on December 8, 2024 a true and accurate copy of the foregoing document was served through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Tomio Narita*
Tomio Narita
