UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MAHLON OIE, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>HUSCH BLACKWELL LLP,<br><br>            Defendant. | Case No.: 2:24-cv-00672-LA<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF MAHLON OIE IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

I, MAHLON OIE, declare:

1. I am the named Plaintiff in this above-captioned class action against Husch Blackwell LLP ("Defendant").

2. If called as a witness, I would competently testify to the matters herein from personal knowledge.

3. I am filing this declaration in support of the Motion for Preliminary Approval of Proposed Class Action Settlement and Certification of Settlement Class filed in this Action.

4. I am willing to serve as a Class Representative in this class action, and I request to be appointed as the Class Representative for this Settlement.

5. I understand the obligations of serving as class representative and I have and will adequately represent the interests of the Settlement Class Members. To my knowledge, I have no conflict with the other Settlement Class Members or with any of my attorneys in this case.

6. I have retained legal counsel who I believe to be skilled and experienced handling

1

consumer cases involving unfair debt collection and class actions such as this one.

7. I support my attorneys' request for them to be appointed as Class Counsel for purposes of this lawsuit and proceeding with the Settlement.

8. I have actively participated throughout the litigation against Defendant, including assisting my attorneys by providing information required for pre-suit investigations, discovery, and other pre-trial matters and motion practice in the belief I was helping move this case forward for myself and all other persons similarly situated. After the initial consultation with my attorneys, I participated in numerous calls, gathered and provided documents, and responded to various emails regarding fact-finding efforts with my attorneys. I have continued to remain engaged in the litigation, responded promptly to any requests for information from my attorneys, and made myself readily available to contribute to the prosecution of this case through trial if necessary.

9. I have reviewed the written Settlement Agreement, and I have discussed it with my counsel and have agreed to the proposed Settlement with Defendant.

10. I understand that as part of the Settlement, Defendant has agreed to pay each of the Settlement Class Members the sum of $30.00 from a Settlement Fund.

11. I understand that under the Settlement, my attorneys and I are requesting I be awarded an Incentive Award of up to $2,500 for my time and efforts in this lawsuit to represent the putative class members. I understand that any such award must be approved by the Court.

12. I am not receiving any monetary compensation from my attorneys or anyone else for bringing this case, aside from the pro rata award available for all Class Members

//
//
//

13. I support the motion for preliminary approval of the Settlement, and I believe the Settlement is in the best interest of the Class and achieves a result that is fair, reasonable, and adequate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on August 13th, 2025 in Waukesha, Wisconsin.

By: _____
Mahlon Oie

3