UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MAHLON OIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HUSCH BLACKWELL LLP,<br><br>Defendant. | Case No.: 2:24-cv-00672-LA |

**DECLARATION OF MATTHEW MCKENNA IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD**

I, Matthew McKenna, do hereby declare as follows:

1. I am one of the attorneys for Plaintiff Mahlon Oie ("Plaintiff" or "Class Representative") and the proposed Class members (the "Class" or "Class Members") in the above-captioned action (the "Action") and the proposed Settlement entered into with Defendant Husch Blackwell LLP ("Defendant"). I, together with my co-counsel at Kazerouni Law Group, APC, have been appointed by the Court as Class Counsel in this Action.

2. I am an attorney duly licensed to practice in the Commonwealth of Massachusetts, the State of Rhode Island, and the State of Wisconsin.

3. I have been licensed to practice in the Commonwealth of Massachusetts since November 2019.

4. I have been licensed to practice in the State of Rhode Island since April 2021.

5. I have been licensed to practice in the State of Wisconsin since November 2023.

6. I have been licensed to practice in the First Circuit Court of Appeals since December 2020.

7. I am licensed to practice in all Federal Courts in Massachusetts, Rhode Island, and Wisconsin.

8. I am a partner at Shield Law, LLC. I am the managing partner of Shield Law, LLC's consumer protection practice.

9. This declaration is based on personal knowledge of the matters set forth herein. If called as a witness, I would competently testify to the matters herein from personal knowledge. The declaration is based upon my personal knowledge, except where expressly noted otherwise.

10. I submit this declaration in support of Plaintiff's Unopposed Motion for Attorneys' Fees, Costs, and Incentive Award.

11. For the sake of brevity, I incorporate by reference my co-counsel's summary of the factual and procedural background in this Action and the terms of the Settlement Agreement herein by reference.

## Counsel's Experience and Hourly Rate

12. Over the past 6 years, I have focused my practice primarily on Consumer Protection cases, regularly filing cases in Wisconsin, Rhode Island, and Massachusetts.

13. In October 2022, I was co-lead counsel for a jury trial in the Federal District Court of Massachusetts that alleged, amongst other claims, violations of the Fair Debt Collection Practices Act. The jury ultimately came back with a $70,000 award in favor of the Plaintiff. *Matthew Bearce v. Allied Servicing Corp et al.*, No. 22-cv-10475-ADB.

14. I am counsel of record and co-lead counsel for a class action pending in Wisconsin. *Marcelino Quiroz et al vs. Madison Management Services, LLC* et al., No. 2025CV000656.

15. I am counsel of record, and appointed by the Court as Class Counsel, in a class action that has received preliminary class approval in the Eastern District of Wisconsin. *Mahlon Oie v. Kaman & Cusimano LLC*, No. 2:24-cv-00775.

16. In 2025, I finalized settlements in a consumer protection case for $175,000.

17. In 2025, I finalized a settlement in a consumer protection case for $95,000.

18. In 2025, I finalized a settlement in a consumer protection case for $87,000.

19. In July 2025, I represented a consumer being sued by Bank of America, N.A in Waukesha County (Wisconsin) Civil Court. Within that case, which was a simple debt collection defense case, the court awarded me reasonable fees at $400/hour. *Bank of America v. Sean Seagren*. 24-CV-2028.

20. I regularly file consumer protection cases against companies for violations such as the Fair Debt Collection Practices Act. I have also represented consumers in consumer bankruptcy cases. My office and I assist bankruptcy attorneys in prosecuting Fair Debt Collection Practices Act claims that arise within their bankruptcy proceedings.

21. I regularly assist national attorneys and act as Local Counsel for attorneys needing to file cases in Rhode Island.

22. I am a member of the National Association of Consumer Advocates.

23. I am a member of the National Association of Consumer Advocates Emerging Leaders Council and have been for multiple years.

24. I represent Mr. Oie at the customary fee in this action that I charge for all of my other clients.

25. For the purposes of calculating attorneys' fees in this action, I have determined my reasonable hourly rate for my services in this district at $400 per hour.

26. In light of the above, I respectfully submit that Class Counsel have collectively spent time and utilized skill, careful and thorough preparation, and investigation through litigation necessary to reach a favorable result for the Plaintiff and to confer the Settlement's benefits for the Settlement Class Members.

## Counsel's Lodestar

27. After carefully reviewing my firms billing records, I determined that my firm's fees were reasonably incurred in litigating this Action to a successful settlement.

28. I have maintained contemporaneous time records since the commencement of this action. To date, I have incurred a total of 45.3 hours of attorney time for this case, for a total lodestar of $18,120.00.

29. The work performed by Class Counsel to date includes (1) developing case strategy, (2) investigating Plaintiff's claims, researching, and filing the Complaint, (3) drafting and negotiating the Settlement Agreement, Notice documents, and other exhibits, (4) obtaining and comparing bids from settlement administrators (5) drafting the preliminary approval motion papers and securing preliminary approval of the Settlement, (6) researching and preparing Plaintiff's response to an objection to the Settlement, and (7) drafting the instant Motion for Attorney's Fees, Costs, and the Incentive Award for the Class Representative.

30. Although Class Counsel have collectively billed time resulting in a total lodestar greater than the aggregate amount provided in the Settlement Agreement for Class Counsel's attorney's fees and costs, in order to obtain this favorable Settlement for Plaintiff and the Class, Class Counsel agrees to take a reduction on aggregate amount of attorney's fees and costs requested to be awarded in this Action down to the total amount of $90,000.00, as provided in the Settlement Agreement.

31. Additional work will be required in this Action as Class Counsel must still: (1) prepare for and attend the final approval hearing, including finalizing the motion and responding to any objections, (2) respond to inquiries from Settlement Class Members, (3) oversee the Settlement through final approval and distribution of settlement benefits, (4) oversee the settlement administration process, and, if needed, and (5) address any objection or appeals. Class Counsel intend to provide the Court with additional information concerning the hours expended prior to the Final Approval Hearing.

### Counsel's Costs

32. To date, my firm has incurred unreimbursed litigation costs in this matter in the amount of $405.00 for the Court's filing fee related to the filing of the initial Class Action Complaint in this Action (ECF No. 1).

33. I respectfully submit to the Court that Class Counsel's costs were reasonably necessary for the prosecution and ultimate successful resolution of this litigation and were incurred by Class Counsel for the benefit of Settlement Class Members, and there was no guarantee that they would be reimbursed in light of the contingent nature of this Action.

34. Based upon my review of my firm's lodestar and costs described above, as well as the lodestar and costs of co-Class Counsel at Kazerouni Law Group, APC, Class Counsel's aggregate attorney's fees and costs incurred in this matter, which is comprised of a total lodestar of $101,558.50 and total costs of $1,087.34, results in a total of $111,745.84.

I declare under penalty of perjury under the laws of the State of Wisconsin and the United States of America that the foregoing is true and correct, and that this declaration was executed on December 5, 2025.

By: /s/ *Matthew McKenna*
Matthew McKenna, WI #1136438
SHIELD LAW, LLC