# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

MAHLON OIE,
*individually and on behalf of all others similarly situated*,
    Plaintiff,

v.    CASE NUMBER: 24-cv-672

HUSCH BLACKWELL, LLP,
    Defendant.

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff and defendant have settled via an approved class action settlement agreement. Therefore, this case is **DISMISSED with prejudice.** Each class member will receive $30.00 each; the named plaintiff will receive $2,500.00 as an incentive award; the settlement administrator shall be paid $10,929.00; and class counsel will be paid $90,000.00 for attorney's fees and costs.

| | |
|---|---|
| 2/13/2026 | Linda M. Klemm |
| Date | Clerk |
| | /s Alexis H. |
| | (By) Deputy Clerk |